```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 01939
   SHAMIKA D LENNETT
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0177


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/06/2007 and was not confirmed.

     The case was dismissed without confirmation 05/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
MONTERREY FINANCIAL SERV  SECURED           1000.00         .00          17.51
MONTERREY FINANCIAL SERV  UNSECURED          232.92         .00            .00
CENTRIX FINANCIAL LLC     SECURED VEHIC     6515.00         .00         114.10
CENTRIX FINANCIAL LLC     UNSECURED         2501.10         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1052.69         .00            .00
BMG MUSIC SERVICE         UNSECURED        NOT FILED        .00            .00
CITY OF CHICAGO PARKING   UNSECURED         2160.00         .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED        .00            .00
CONSOLIDATED MEDICAL TRA  UNSECURED        NOT FILED        .00            .00
DIRECT TV                 UNSECURED        NOT FILED        .00            .00
NATIONWIDE CREDIT         NOTICE ONLY      NOT FILED        .00            .00
INGALLS HOME CARE         UNSECURED        NOT FILED        .00            .00
NEXTEL                    UNSECURED        NOT FILED        .00            .00
R M S                     NOTICE ONLY      NOT FILED        .00            .00
ECMC                      UNSECURED         2407.70         .00            .00
SPRINT                    UNSECURED        NOT FILED        .00            .00
CAVALRY PORTFOLIO SERVIC  NOTICE ONLY      NOT FILED        .00            .00
KEITH S SHINDLER          NOTICE ONLY      NOT FILED        .00            .00
TCF BANK                  UNSECURED        NOT FILED        .00            .00
TRS RECOVERY SERVICES IN  UNSECURED        NOT FILED        .00            .00
VERIZON WIRELESS          UNSECURED        NOT FILED        .00            .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY      NOT FILED        .00            .00
VILLAGE OF BRIDGEVIEW     UNSECURED          500.00         .00            .00
VILLAGE OF DOLTON         UNSECURED        NOT FILED        .00            .00
VILLAGE OF DOLTON         UNSECURED        NOT FILED        .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         2283.11         .00            .00
TIMOTHY K LIOU            DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                         8.70
DEBTOR REFUND             REFUND                                        561.24

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               701.55

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01939 SHAMIKA D LENNETT
```

```
PRIORITY                                                            .00
SECURED                                                          131.61
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                               8.70
DEBTOR REFUND                                                    561.24
                                      ---------------    ---------------
TOTALS                                        701.55             701.55
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/04/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE